IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3086 |
| | ) | |
| V. | ) | |
| | ) | |
| PEORIA DASHANE BRYE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 80) of order on motion to reduce sentence (filing 79) is denied.

DATED this 30th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge